UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC.,<br><br>Plaintiff,<br>v.<br>COX RADIO, INC., COX ENTERPRISES, INC., MICHAEL CALTA, MATTHEW CHRISTIAN LOYD AND TERRY GENE BOLLEA,<br><br>Defendants. | Case No.  8:20-cv-221-T-30SPF |

**DEFENDANTS COX RADIO INC. AND COX ENTEPRISES, INC.'S MOTION, ON CONSENT, FOR LEAVE TO FILE A REPLY**

Defendants Cox Radio, Inc. and Cox Enteprises. Inc. (together, "Cox"), pursuant to Local Rule 3.01(d), respectfully requests leave to file, by March 25, 2020, a reply of no more than seven (7) pages to Plaintiff Hiscox Insurance Company, Inc.'s ("Hiscox") Response in Opposition to Cox's Motion to Dismiss or Transfer for Venue (Dkt. No. 20) (the "Response"). As set forth below, Hiscox has consented to Cox's request.

**MEMORANDUM OF LAW**

In the Response, filed on March 11, 2020, Hiscox asserts, *inter alia*, that the action currently pending in the Northern District of Georgia entitled *Cox Enterprises Inc. v. Hiscox Insurance Company, Inc.*, No. 1:20-CV-415-MHC (N.D. Ga.) (the "Georgia Action"), was not brought by the proper party and did not include as defendants certain necessary parties. (Dkt. No. 20 at 7-10.)  Cox does not agree with these assertions.  In any event, however, Cox has been granted leave by the Court in the Georgia Action to file a Second Amended Complaint ("SAC").  Cox's request, to which Hiscox consented, was made on the grounds that the SAC

"will address ongoing material developments in the underlying litigation, upon which CEI's claim for insurance coverage is premised." The SAC in the Georgia Action will also include Cox Radio, Inc. as a plaintiff.

Cox respectfully requests that it be permitted to file a short reply memorandum of law to address the materials developments in the underlying litigation, which Cox submits has bearing on the assertions by Hiscox described above.

WHEREFORE, Cox respectfully requests that the Court grant its Motion and allow it leave to file a reply, which shall not exceed seven (7) pages in length.

### CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that counsel for Cox has conferred with counsel for Hiscox who represents that Hiscox consents to Cox's request for leave to file a reply.

Dated this 18th day of March, 2020.

Respectfully submitted,

*/s/ Joshua L. Blosveren*
JOSHUA L. BLOSVEREN (*pro hac vice*)
New York Registration No. 4142691
jblosveren@hnrklaw.com
ANDREW N. BOURNE (*pro hac vice*)
New York Registration No. 4172003
abourne@hnrklaw.com
STEVEN M. SILVERBERG (*pro hac vice*)
New York Registration No. 4882742
ssilverberg@hnrklaw.com
**Hoguet Newman Regal & Kenney, LLP**
One Grand Central Place
60 E. 42nd Street, 48th Fl.
New York, NY 10165

Telephone: (212) 689-8808

GREGORY A. HEARING
Florida Bar No. 0817790
gregory.hearing@gray-robinson.com
CHARLES J. THOMAS
Florida Bar No. 986860
charles.thomas@gray-robinson.com
**GrayRobinson, P.A.**
401 East Jackson Street, Suite 2700
Post Office Box 3324 (33601-3324)
Tampa, FL 33602
Telephone: (813) 273-5000
Facsimile: (813) 273-5145

*Attorneys for Defendants Cox Radio, Inc. and Cox Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

STEPHEN HUNTER JOHNSON
**Lydecker Diaz**
1221 Brickell Ave., 19th Fl.
Miami, FL 33131-3240
shj@lydeckerdiaz.com

*Attorneys for Plaintiff*

/s/ Joshua L. Blosveren
    Attorney