**U.S. District Court**
**Middle District of Florida (Tampa)**
**CIVIL DOCKET FOR CASE #: 8:20−cv−00221−JSM−SPF**

| | |
|---|---|
| Hiscox Insurance Company, Inc. v. Bollea et al | Date Filed: 01/28/2020 |
| Assigned to: Judge James S. Moody, Jr | Jury Demand: None |
| Referred to: Magistrate Judge Sean P. Flynn | Nature of Suit: 110 Insurance |
| Cause: 28:1332 Diversity−Insurance Contract | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Hiscox Insurance Company, Inc.** | represented by | **Stephen Hunter Johnson**<br>Lydecker Diaz<br>1221 Brickell Ave 19th Flr<br>Miami, FL 33131−3240<br>305−416−3180<br>Fax: 305−416−3190<br>Email: shj@lydeckerdiaz.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Shawn Llamar Marquise Hairston , Sr.**<br>Lydecker Diaz<br>19th Floor<br>1221 Brickell Ave.<br>Miami, FL 33131<br>305−416−3180<br>Fax: 305−416−3190<br>Email: shairston@lydeckerdiaz.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Terry Gene Bollea** | represented by | **Shane B. Vogt**<br>Bajo Cuva Cohen Turkel, PA<br>100 N Tampa St Ste 1900<br>Tampa, FL 33602−5853<br>813/868−6650<br>Fax: 813/443−2193<br>Email: shane.vogt@bajocuva.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Cox Radio, Inc.** | represented by | **Andrew N. Bourne**<br>Hoguet Newman Regal & Kenney, LLP<br>One Grand Central Place<br>60 E 42nd St 48th Flr<br>New York, NY 10165<br>212−689−8808<br>Fax: 212−689−5101 |

Email: abourne@hnrklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles J. Thomas**
GrayRobinson, PA
401 E Jackson St Ste 2700
Tampa, FL 33601−3324
813/273−0050
Fax: 813/273−0072
Email: charles.thomas@gray−robinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Alan Hearing**
GrayRobinson, PA
401 E Jackson St Ste 2700
Tampa, FL 33601−3324
813−273−5000
Fax: 813−273−5145
Email: Gregory.Hearing@gray−robinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua L Blosveren**
Hoguet Newman Regal & Kenney, LLP
One Grand Central Place
60 E 42nd St 48th Flr
New York, NY 10165
212−689−8808
Fax: 212−689−5101
Email: jblosveren@hnrklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven M. Silverberg**
Hoguet Newman Regal & Kenney, LLP
One Grand Central Place
60 E 42nd St 48th Flr
New York, NY 10165
212−689−8808
Fax: 212−689−5101
Email: ssilverberg@hnrklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cox Enterprises, Inc.** represented by **Andrew N. Bourne**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

        *ATTORNEY TO BE NOTICED*

**Charles J. Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Alan Hearing**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua L Blosveren**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven M. Silverberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Calta**

**Defendant**

**Matthew Christian Loyd**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2020 | Ï 1 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 113A–16408003) filed by Hiscox Insurance Company, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Johnson, Stephen) (Entered: 01/28/2020) |
| 01/29/2020 | Ï 2 | NEW CASE ASSIGNED to Judge James S. Moody, Jr and Magistrate Judge Sean P. Flynn. New case number: 8:20–cv–221–T–30SPF. (SJB) (Entered: 01/29/2020) |
| 01/29/2020 | Ï 3 | NOTICE to counsel Stephen Hunter Johnson of Local Rule 1.05(e), which states – *The Clerk is authorized and directed to require a complete and executed AO Form JS44, Civil Cover Sheet, which shall accompany each civil case as a condition to the filing thereof. State and federal prisoners, and other persons filing civil cases pro se are exempt from the requirements of this subsection.* File a completed Civil Cover Sheet using the event Notice (Other) (Signed by Deputy Clerk). (TDC) (Entered: 01/29/2020) |
| 01/30/2020 | Ï 4 | NOTICE by Hiscox Insurance Company, Inc. re 1 Complaint *Civil Cover Sheet* (Johnson, Stephen) (Entered: 01/30/2020) |
| 01/31/2020 | Ï 5 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 – track 2. Signed by Judge James S. Moody, Jr. on 1/31/2020. (KAC)** (Entered: 01/31/2020) |
| 02/03/2020 | Ï 6 | PROPOSED summons to be issued by Hiscox Insurance Company, Inc. (Johnson, Stephen) (Entered: 02/03/2020) |

| | | |
|---|---|---|
| 02/03/2020 | Ï 7 | PROPOSED summons to be issued by Hiscox Insurance Company, Inc. (Johnson, Stephen) (Entered: 02/03/2020) |
| 02/03/2020 | Ï 8 | PROPOSED summons to be issued by Hiscox Insurance Company, Inc. (Johnson, Stephen) (Entered: 02/03/2020) |
| 02/03/2020 | Ï 9 | PROPOSED summons to be issued by Hiscox Insurance Company, Inc. (Johnson, Stephen) (Entered: 02/03/2020) |
| 02/04/2020 | Ï 10 | SUMMONS issued as to Michael Calta, Cox Enterprises, Inc., Cox Radio, Inc., Matthew Christian Loyd. (BSN) (Entered: 02/04/2020) |
| 02/05/2020 | Ï 11 | PROPOSED summons to be issued by Hiscox Insurance Company, Inc. (Johnson, Stephen) (Entered: 02/05/2020) |
| 02/06/2020 | Ï 12 | SUMMONS issued as to Terry Gene Bollea. (BSN) (Entered: 02/06/2020) |
| 02/24/2020 | Ï 13 | NOTICE of Appearance by Gregory Alan Hearing on behalf of Cox Enterprises, Inc., Cox Radio, Inc. (Hearing, Gregory) (Entered: 02/24/2020) |
| 02/25/2020 | Ï 14 | Unopposed MOTION for Joshua Blosveren to appear pro hac vice by Cox Enterprises, Inc., Cox Radio, Inc. (Attachments: # 1 Exhibit Special Admission Attorney Certification)(Hearing, Gregory) Motions referred to Magistrate Judge Sean P. Flynn. Modified text and removed exhibit image on 2/26/2020 (BSN). (Entered: 02/25/2020) |
| 02/25/2020 | Ï 15 | Unopposed MOTION for Andrew Bourne to appear pro hac vice by Cox Enterprises, Inc., Cox Radio, Inc. (Attachments: # 1 Exhibit Special Admission Attorney Certification)(Hearing, Gregory) Motions referred to Magistrate Judge Sean P. Flynn. Modified text, removed exhibit on 2/26/2020 (BSN). (Entered: 02/25/2020) |
| 02/25/2020 | Ï 16 | Unopposed MOTION for Steven Silverberg to appear pro hac vice by Cox Enterprises, Inc., Cox Radio, Inc. (Attachments: # 1 Exhibit Special Admission Attorney Certification)(Hearing, Gregory) Motions referred to Magistrate Judge Sean P. Flynn. Modified text and removed image to Exhibit on 2/26/2020 (BSN). (Entered: 02/25/2020) |
| 02/25/2020 | Ï 17 | **ENDORSED ORDER granting 14 Motion to Appear Pro Hac Vice; granting 15 Motion to Appear Pro Hac Vice; granting 16 Motion to Appear Pro Hac Vice. Attorneys Steven Silverberg, Andrew Bourne, and Joshua Blosveren may appear pro hac vice on behalf of Defendants, Cox Radio, Inc. and Cox Enterprises, Inc., with Attorney Gregory A. Hearing designated as local counsel pursuant to Local Rule 2.02(a). Within twenty−one (21) days of the date of this Order, counsel shall comply with the electronic filing requirement and file a notice of compliance with said requirement.. Signed by Magistrate Judge Sean P. Flynn on 2/25/2020. (NCR)** (Entered: 02/25/2020) |
| 02/26/2020 | Ï | ***PRO HAC VICE FEES paid by attorney Steven Silverberg (Filing fee $150 receipt number TPA0560194.) Related document: 16 Unopposed MOTION for Steven Silverberg to appear pro hac vice . (ARC) (Entered: 02/26/2020) |
| 02/26/2020 | Ï | ***PRO HAC VICE FEES paid by attorney Andrew Bourne (Filing fee $150 receipt number TPA060194.) Related document: 15 Unopposed MOTION for Andrew Bourne to appear pro hac vice . (ARC) (Entered: 02/26/2020) |
| 02/26/2020 | Ï | ***PRO HAC VICE FEES paid by attorney Joshua Blosveren (Filing fee $150 receipt number TPA060194.) Related document: 14 Unopposed MOTION for Joshua Blosveren to appear pro hac vice . (ARC) (Entered: 02/26/2020) |
| 02/26/2020 | Ï 18 | MOTION to Dismiss or Transfer for Venue and Memorandum of Law in Support by Cox Enterprises, Inc., Cox Radio, Inc. (Attachments: # 1 Exhibit Declaration of Joshua L. Blosveren, # |

| | | |
|---|---|---|
| | | 2 Exhibit Declaration of Andrew N. Bourne)(Hearing, Gregory) Modified text on 2/27/2020 (BSN). (Entered: 02/26/2020) |
| 02/28/2020 | 19 | NOTICE of compliance re 17 Order on Motion to Appear Pro Hac Vice *of Filing Fee and Electronic Requirements* by Cox Enterprises, Inc., Cox Radio, Inc. (Hearing, Gregory) (Entered: 02/28/2020) |
| 03/11/2020 | 20 | RESPONSE in Opposition re 18 MOTION to Dismiss or Transfer for Venue and Memorandum of Law in Support filed by Hiscox Insurance Company, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Johnson, Stephen) (Entered: 03/11/2020) |
| 03/18/2020 | 21 | NOTICE of pendency of related cases per Local Rule 1.04(d) by Hiscox Insurance Company, Inc. Related case(s): Yes (Johnson, Stephen) Modified text on 3/18/2020 (BSN). (Entered: 03/18/2020) |
| 03/18/2020 | 22 | MOTION for Miscellaneous Relief, specifically Motion for Leave to File Reply by Cox Enterprises, Inc., Cox Radio, Inc. (Blosveren, Joshua) Modified text on 3/19/2020 (BSN). (Entered: 03/18/2020) |
| 03/19/2020 | 23 | **ENDORSED ORDER granting 22 Defendants' Motion for Leave to File a Reply. Defendants may file a 7−page reply no later than March 25, 2020. Signed by Judge James S. Moody, Jr. on 3/19/2020. (SMB)** (Entered: 03/19/2020) |
| 03/25/2020 | 24 | REPLY to Response to Motion re 18 MOTION to Dismiss or Transfer for Venue and Memorandum of Law in Support filed by Cox Enterprises, Inc., Cox Radio, Inc.. (Blosveren, Joshua) (Entered: 03/25/2020) |
| 03/25/2020 | 25 | DECLARATION of Joshua L. Blosveren re 24 Reply to Response to Motion by Cox Enterprises, Inc., Cox Radio, Inc.. (Attachments: # 1 Exhibit A)(Blosveren, Joshua) (Entered: 03/25/2020) |
| 03/27/2020 | 26 | **COUNSEL NOTIFIED TO FILE WAIVER OF SERVICE OF SUMMONS, SEPARATELY USING THE CORRECT EVENT CODE.** NOTICE of *Appearance and Waiver of Service of Summons* Appearance by Shane B. Vogt on behalf of Terry Gene Bollea (Attachments: # 1 Exhibit 1)(Vogt, Shane) Modified on 3/30/2020 (BSN). (Entered: 03/27/2020) |
| 03/31/2020 | 27 | **ORDER: Defendants Cox Radio, Inc. and Cox Enterprises, Inc.'s Motion to Dismiss or Transfer Venue (Doc. 18) is GRANTED. The Clerk is directed to transfer this action to the Northern District of Georgia, Atlanta Division. All pending motions are denied as moot. The Clerk is directed to close this file. Signed by Judge James S. Moody, Jr. on 3/31/2020. (SMB)** (Entered: 03/31/2020) |