**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>TERRY GENE BOLLEA, *et al.*<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>1:20-cv-01419-SCJ |

**NOTICE OF APPEARANCE OF S. GARDNER CULPEPPER
<u>AS COUNSEL FOR PLAINTIFF HISCOX INSURANCE COMPANY, INC.</u>**

Please take notice that S. GARDNER CULPEPPER (State Bar No. 201210) of the law firm of Rogers & Hardin, LLP, 2700 International Tower, Peachtree Center, 229 Peachtree Street, N.E., Atlanta, GA, Telephone: 404-522-4700, hereby enters his appearance as counsel of record for Plaintiff Hiscox Insurance Company, Inc.

This 1st day of April, 2020.

>*/s/ S. Gardner Culpepper*
>S. Gardner Culpepper
>Georgia State Bar No. 201210
>ROGERS & HARDIN LLP
>229 Peachtree Street NE
>2700 International Tower
>Atlanta, GA 30303
>Phone: 404-522-4700
>Fax: 404-525-2224
>Email: sculpepper@rh-law.com
>
>*Counsel for Plaintiff Hiscox Insurance Company, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC. | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:20-cv-014190-SCJ |
| TERRY GENE BOLLEA, *et al.* | |
| Defendants. | |

**CERTIFICATE OF SERVICE AND
<u>COMPLIANCE WITH LOCAL RULE 5.1</u>**

I hereby certify that on April 1, 2020, I served all parties a true and correct copy of the **NOTICE OF APPEARANCE OF S. GARDNER CULPEPPER AS COUNSEL FOR PLAINTIFF HISCOX INSURANCE COMPANY, INC.,** which has been prepared using 14-point Times New Roman Font, by filing same with the clerk of court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

3

This 1st day of April, 2020.

/s/ S. Gardner Culpepper
S. Gardner Culpepper
Georgia Bar No. 201210
ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601
Phone: 404-522-4700
Fax: 404-525-2224
sculpepper@rh-law.com

*Counsel for Plaintiff Hiscox Insurance Company, Inc.*