# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC.<br><br>    Plaintiff,<br><br>v.<br><br>TERRY GENE BOLLEA, *et al.*<br><br>    Defendants. | CIVIL ACTION NO.<br>1:20-cv-01419-SCJ |

## HISCOX INSURANCE COMPANY'S NOTICE OF DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) AND LOCAL RULE 41.1

Plaintiff Hiscox Insurance Company ("Hiscox") moves to dismiss, without prejudice, its claims against defendants Terry Gene Bollea ("Bollea") Cox Enterprises, Inc. ("CEI"), Cox Radio, Inc. ("Radio"), and Cox Radio's employee and former employee, Michael Calta ("Calta") and Matthew Christian Loyd ("Loyd"). Hiscox originally brought this action against defendants in the Middle District of Florida, case number 20-221, seeking declaratory judgment on certain coverage issues between these parties. On the same day, Radio's alleged parent company, CEI, filed an action in this court, currently pending and captioned case number 1:20-cv-00415-MHC, for declaratory judgment and other relief arising out of the same

claims.  Defendants filed a motion to dismiss and/or transfer the Middle District of Florida matter to this Court, which the Florida district court granted on March 31, 2020.  *See* Order, 3/31/2020, attached as Exh. "A".

Hiscox now seeks to dismiss this matter without prejudice under Rule 41 and Local Rule 41.1.  "As the plain terms of Rule 41(a)(1)(i) establish, a plaintiff has an absolute right to dismiss a lawsuit before the defendant has filed an answer or summary judgment motion."  *Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977) (reversing district court that had refused to dismiss case before defendant answered, instead granting defendants' motion to dismiss on the merits); *Am. Family Life Assurance Co. of Columbus v. ooShirts, Inc.*, No. 17-16, 2017 WL 6210316, at *2 (M.D. Ga. May 17, 2017)("[A] motion to dismiss, unlike a motion for summary judgment or an answer, does not prevent the plaintiff from voluntarily and unilaterally dismissing its complaint.").  Hiscox avers that defendants have neither answered nor filed a motion for summary judgment, and thus it is permitted to voluntarily dismiss its action without prejudice under Federal Rule 41. Accordingly, Hiscox requests that the clerk of court immediately enter a dismissal of this action without prejudice pursuant to Local Rule 41.1.

This 1st day of April, 2020.

By: */s/ S. Gardner Culpepper*<br>
S. Gardner Culpepper

(Ga. Bar No. 201210)
**ROGERS & HARDIN LLP**
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303-1601
404.522.4700 (telephone)
404.525.2224 (facsimile)
sculpepper@rh-law.com

*Counsel for Plaintiff Hiscox Insurance Company*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) AND LOCAL RULE 41.1** has been prepared in accordance with Local Rule 5.1(C) using 14-point Times New Roman font.

By: */s/ S. Gardner Culpepper*
S. Gardner Culpepper
(Ga. Bar No. 201210)
**ROGERS & HARDIN LLP**
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303-1601
404.522.4700 (telephone)
404.525.2224 (facsimile)
sculpepper@rh-law.com


*Counsel for Plaintiff Hiscox Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC.<br><br>       Plaintiff,<br><br>v.<br><br>TERRY GENE BOLLEA, *et al.*<br><br>       Defendants. | CIVIL ACTION NO.<br>1:20-cv-014190-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2020, I served all parties a true and correct copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) AND LOCAL RULE 41.1** by filing the same with the clerk of court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Submitted April 1, 2020.

By: */s/ S. Gardner Culpepper*
S. Gardner Culpepper
(Ga. Bar No. 201210)
**ROGERS & HARDIN LLP**
2700 International Tower,

5

6

Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303-1601
404.522.4700 (telephone)
404.525.2224 (facsimile)
sculpepper@rh-law.com